# United States Bankruptcy Court

Eastern District of Louisiana

OKIEFFE BROWN
KIMBERLYN BROWN
3889 GREENBRIAR LANE
HARVEY LA 70058

**10-10018**
Chapter 13
Section A

## ORDER DISALLOWING CLAIM

Pursuant to a hearing scheduled on October 26, 2010 on the Trustee's objection to the claim filed in this case on September 9, 2010, in the amount of $7,955.54, by this creditor:

Creditor:                                  Court's claim #4

RIVERLAND FEDERALCREDIT UNION              Account #1960
601 LOYOLA AVE
NEW ORLEANS LA 70113

IT IS ORDERED that the claim is DISALLOWED.

New Orleans, Louisiana, October 29, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge